**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**KA 05-708**


**STATE OF LOUISIANA**

**VERSUS**

**MICHAEL EVAN HANES**


**\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 265,063
HONORABLE BERT DEXTER RYLAND, DISTRICT JUDGE


**\*\*\*\*\*\*\*\*\*\***


**JOHN D. SAUNDERS
JUDGE**


**\*\*\*\*\*\*\*\*\*\***


Court composed of John D. Saunders, Oswald A. Decuir, and Glenn B. Gremillion, Judges.


**AFFIRMED.**

**Glenn G. Cortello**
**Attorney at Law**
**711 Washington St.**
**Alexandria, LA 71301**
**(318) 445-0022**
**Counsel for Defendant:**
**Michael Evan Hanes**

**James C. Downs**
**District Attorney**
**Nineth Judicial District Court**
**701 Murray Street**
**Alexandria, LA 71301**
**(318) 473-6650**
**Counsel for Plaintiff:**
**State of Louisiana**

**Edward Kelly Bauman**
**Louisiana Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA 70602-1641**
**(337) 491-0570**
**Counsel for Defendant:**
**Michael Evan Hanes**